UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THEODORE JOHNSON, *pro se*

                    Plaintiff,

-against-

WASHINGTON MUTUAL BANK, F.A.
and MELISA J. SIROVANA,
Executive Liaison,

                    Defendants.
------------------------------------------------------------------X

JUDGMENT
03-CV- 4704 (DLI)

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 5, 2006, granting defendants' motion to dismiss in its entirety; and dismissing the complaint without costs to either party; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss is granted in its entirety; and that the complaint is dismissed without costs to either party.

Dated: Brooklyn, New York
       May 05, 2006

                                                        ROBERT C. HEINEMANN
                                                      Clerk of Court